# ATTACHMENT B

## AFFIDAVIT OF HOMELAND SECURITY INVESTIGATIONS TASK FORCE OFFICER JOSEPH M. FLETCHER

I, Joseph M. Fletcher, a Task Force Officer ("TFO") with the Homeland Security Investigations, Immigration and Customs Office ("HSI/ICE"), being first duly sworn, hereby depose and state as follows:

1. I am a TFO with HSI/ICE in Springfield, Missouri, since January 2017. I have been employed in the field of law enforcement since March 2005, including duties as a deputy sheriff in Greene County, Missouri, and a criminal investigator for the Greene County, Missouri Sheriff's Office. I have received training in the areas of child pornography, child exploitation, and human/sex trafficking, including trainings provided by the Homeland Security Investigations Cyber Crimes Center, National White Collar Crime Center (NW3C), and the Missouri Internet Crimes Against Children (ICAC) Task Force. I have conducted operations relating to the exploitation of children and adults in Missouri and Kansas. I have investigated child abuse/exploitation cases for more than nine years and have been a member of the Southwest Missouri Cyber Crimes Task Force (SWMCCTF) for approximately five years.

2. As part of this affiant's duties with HSI, I investigate criminal violations relating to transfer of obscene material to a minor, child exploitation, and child pornography, in violation of 18 U.S.C. §§ 1470, 2251, 2252, and 2252A.

3. This affidavit is submitted in support of a criminal complaint charging Jessica Nicole PICKETT with violation of Title 18, United States Code, Sections 1470, that is, transfer of obscene material to a minor.

5. The statements in this affidavit are based on my personal observations, my investigation of this matter and information obtained from other law enforcement officers and

witnesses. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, this affiant has not included each and every fact known to me concerning this investigation. Your affiant has set forth the facts necessary to establish probable cause to believe that Jessica PICKETT has violated 18 U.S.C. § 1470, that is, transfer of obscene material to a minor.

## STATUTORY AUTHORITY

6. Title 18, United States Code, Section 1470 prohibits a person from using the mail or any facility or means of interstate or foreign commerce to knowingly transfer obscene matter to another individual who has not attained the age of 16 years, knowing that such other individual has not attained the age of 16 years, or attempting to do so.

## PROBABLE CAUSE

7. On May 24, 2024, this affiant was contacted by Webster County, Missouri, Sheriff's Office ("WCSO") Detective Andrew Muncy regarding allegations that Mallory Bunch (hereinafter "Mallory") and Thomas Bunch, Jr. (hereinafter "Thomas") had been involved with Mallory having sexual contact and sexual intercourse with a 15-year-old minor male (hereinafter Minor Victim 1 ("MV1"). There was information uncovered in the investigation that some of the sexual acts that occurred between Mallory and MV1 were recorded with Mallory's cell phone and sent to Thomas through text messages, and the sexual acts were possibly done at Thomas's direction. Information was also developed in the investigation that Jessica PICKETT was a live-in girlfriend of Mallory's and Thomas's, and was possibly involved with, or had knowledge of the sexual acts occurring between Mallory and MV1. WCSO requested HSI assistance with the investigation.

8. On May 23, 2024, Detective Muncy received an audio recording from a source, later identified as Jeff Bunch, an unrelated male who lived on the property with Mallory and Thomas. The audio recording was two minutes long, and was a recording of a conversation that occurred between a male and a female. The female heard in the recording was later identified identified as Mallory BUNCH. The conversation discussed an individual named "Nikki," who was later determined to be Jessica PICKETT. The following conversation was contained in the audio recording:

| | |
|---|---|
| Male | "You know we are talking about a 14-year-old boy." |
| Female | "You know we are talking about a 14-year-old boy that is Tom's blood, and that shit runs through his blood. Tom senior did it to Tom." |
| Male | "You have had sex with [MV1] four or five times. After the first time was it Tom wanting you to do it, or was it [MV1] asking you to do it? |
| Female | "It was Tom still wanting to do it." |
| Male | "I thought you told me [MV1] came and ask to do it?" |
| Female | "[MV1] came and ask me a few times because when Tom would want me to do it, I was like no. Then [MV1] would come to me and be like can we? I was like No, I don't. No. I was like fine. There is me again giving everybody what they want. Fucking how giving a shit, how it is fucking me up." |
| Male | "So your 14 year old kid come to Mom, can I have some pussy and you finally give in?" |
| Female | "He ask me can we not film it. No, you know that I can not, not film it. Because if he finds out that we did it and it wasn't filmed. He is going to get pissed, and I don't know what he is going to do when he gets pissed. So no." |
| Male | "So you actually did do it without Tom telling you to?" |
| Female | "No because Tom would harass me about it. Are you going to do it? Are you going to do it with [MV1]? When are you going to send me more videos?" |
| Male | "And you know he is going to be showing those videos to Nikki." |
| Female | "I said how do you know Nikki doesn't see them, because Nikki has your phone all the fucking time. He said because they are hidden really well. I was like how do you have them hidden?" |

9. During the recording, Mallory was heard stating that she told Thomas she was going to leave, and if Thomas told her law enforcement was looking for her, she would not return

to the residence. Mallory stated she began having sex acts with MV1 in December, when MV1 was 14 years old, and the last time she engaged in sexual activity with MV1 was April 2024. Mallory stated that she had deleted the videos of her involved in sex acts with MV1 from her cell phone and she did not think that her cell phone would contain any of the evidence.

10. After WCSO received this information, it was determined that all of the adults in the residence needed to be detained for questioning and a search warrant for the residence was needed to secure all of the electronic devices. Mallory was located and detained in Springfield, Missouri and Thomas was located and detained at their residence along with Jessica PICKETT.

11. When MV1 was contacted at his residence, located in Strafford, Webster County, Western District of Missouri, it was determined that MV1 had hidden some of the family's cellular phones somewhere in the yard. MV1 informed investigators of the location of the hidden cell phones. Those cell phones, determined to belong to MV1 and Thomas, were recovered by WCSO. A state search warrant for the residence was executed, which led to WCSO seizing multiple electronic devices including cell phones, a tablet, and an Apple MacBook computer.

12. During a post-*Miranda* interview, Mallory admitted to having a sexual relationship with MV1 at Thomas's request. She specifically noted that Thomas requested her to perform sexual acts with MV1, film them, and send the videos to Thomas. Mallory said that her adult son had disclosed that he had been sexually abused by Jessica PICKETT when he was a minor and living at their residence. According to Mallory, PICKETT was responsible for setting up all of the electronic devices, including cell phones, tablets and computers, in the residence.

13. On May 29, 2024, MV1 was seen for a forensic interview. He disclosed sexual abuse at the hands of Mallory Bunch. He also indicated that Mallory had recorded some of that abuse. Further, he stated that Mallory told him that she was doing these things at the request of

Thomas Bunch, Jr. According to MV1, Thomas had a dating application on his phone because Thomas wanted to make the family bigger. MV1 said Thomas wanted to bring another mother or another child into the family. MV1 said Jessica PICKETT was Thomas's girlfriend, and Mallory was Thomas's wife.

14. On May 24, 2024, WCSO Sergeant Chris Brown spoke with a 20-year-old adult male, ("hereinafter" Victim 2 ("V2")). V2 disclosed that, when he lived at home with Thomas and Mallory at the residence in Strafford, Webster County, Western District of Missouri, he was physically abused by Thomas. V2 said he had not lived at that residence for approximately four years.

15. On May 26, 2024, V2 recontacted WCSO. V2 disclosed that, when he was 14 years old, PICKETT began having sexual intercourse with him. V2 said PICKETT was between 29 and 31 years old at time. V2 said he was sexually assaulted by PICKETT between 20 and 30 times.

16. While conducting a forensic examination of MV1's cell phone, WCSO detectives determined that an Apple iCloud account had been shared with MV1 by PICKETT. WCSO detectives observed sexually explicit images of Mallory and PICKETT within the iCloud account that had been shared to MV1's cell phone.

17. On June 7, 2024, this affiant went to the WCSO, and reviewed the files in the iCloud link present on MV1's cell phone. This affiant accessed MV1's "Camera Roll" within the cell phone. At the bottom of the "Camera Roll" screen, there was an icon that read "For You." Within the "For You" section of the "Camera Roll," it showed the iCloud link that had been shared with MV1, which was labeled "Shared by Jessica Pickett." The iCloud link contained 376 images and 2 videos, which showed nude images of PICKETT, Bunch, and who was believed to be Thomas BUNCH. The folder showed that the images were taken between November 12, 2017, and May

11, 2024, and showed that the images/videos would be available for MV1 until June 20, 2024. A number of the images and videos showed sexual acts occurring including the use of sexual devices being inserted into a vagina, a female masturbating, and a male touching his exposed penis.

18. On June 10, 2024, this affiant and Detective Muncy contacted PICKETT at her place of employment. During a post-*Miranda* interview, PICKETT stated that she, Mallory, and Thomas were a "throuple," which this affiant knows to mean that they were in a polyamorous relationship with each other. She stated she had been in a relationship with Mallory and Thomas for approximately nine to ten years, and she considered all of the children in the home, including MV1, to be her children. She further acknowledged that MV1 was 15 years old. TFO Fletcher questioned PICKETT about the iCloud link that had been shared to MV1's cell phone. PICKETT said the images and videos that had been shared were from a hidden folder on her cell phone. PICKETT admitted most of the images and videos contained within the hidden folder were images/videos of her. PICKETT claimed she was unsure how the iCloud link was shared from her hidden folder to MV1, but admitted that she set up MV1's cell phone when he first got the cell phone.

19. TFO Fletcher questioned PICKETT about the allegations involving V2. PICKETT eventually stated that, on one occasion when V2 was a minor living in the residence, he "groped" her by touching her breasts. PICKETT said she could not remember having sexual intercourse with V2.

20. PICKETT signed a consent to search form for the two cell phones that she had with her when she was contacted by law enforcement on June 10, 2024. On June 11, 2024, TFO Fletcher scrolled through PICKETT's Apple iPhone 14 Plus. TFO Fletcher located a hidden folder within the "Camera Roll" section of PICKETT's cell phone that contained the same images/videos that

had been shared through the iCloud link with MV1. Within the family sharing section of PICKETT'S cell phone, it showed PICKETT had Mallory, Thomas, MV1, and two other minor children added as family members. PICKETT showed to be the "Organizer" within the family sharing section.

21. TFO Fletcher located a text message conversation that occurred between PICKETT and Thomas on May 22, 2024, at 16:45 hours. This conversation was as follows:

| | |
|---|---|
| Thomas | "So Mallory told [MV1] I wanted him to do you." |
| PICKETT | "Why does she like to stir drama" |
| Thomas | "Not sure. He asked me about it." |
| Thomas | "Sorry." |

## CONCLUSION

22. Based upon the above facts, this affiant believes there is probable cause in support of a criminal complaint against Jessica Nicole PICKETT for violation Title, United States Code, Section 1470, that is, transfer of obscene material to a minor.

JOSEPH M. FLETCHER
Task Force Officer
Homeland Security Investigations

Subscribed and sworn to before me via telephone this 11th day of June, 2024.

HONORABLE WILLIE J. EPPS, JR.
Chief United States Magistrate Judge
Western District of Missouri